UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> V. <br><br> ROLLS-ROYCE PLC and <br> ROLLS-ROYCE GROUP PLC <br><br> Defendants. | Case No. 3:10-CV-01523-SRU <br><br><br> January 13, 2011 |

## DEFENDANT ROLLS-ROYCE GROUP PLC'S CONSENT MOTION TO STAY PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659

For the reasons set forth in the attached Memorandum of Law, defendant Rolls-Royce Group plc hereby moves, pursuant to the mandatory stay provisions of 28 U.S.C. § 1659, to stay all proceedings in the present action pending final resolution of the parallel action, Investigation No. 337-TA-751, involving the same parties and the same patent-in-suit and concurrently pending before the United States International Trade Commission. Plaintiff United Technologies Corp. has stated that it does not oppose this motion.

DEFENDANT ROLLS-ROYCE
GROUP, plc

By: _/s/ Jeffrey Hellman_
Jeffrey Hellman (ct04102)
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
Tel.: (203) 368-4234
Fax: (203) 367-9678
jhellman@zeislaw.com
Its Attorneys