# EXHIBIT C

## Root, Peter

| | |
|---|---|
| **From:** | Michael J. Valaik [michael.valaik@bartlit-beck.com] |
| **Sent:** | Wednesday, January 12, 2011 12:29 PM |
| **To:** | Root, Peter |
| **Cc:** | smith.brittingham@finnegan.com; Lam, Taryn |
| **Subject:** | Re: motion to stay D. Conn. action |

UTC will not oppose the motion to stay provided it is filed by tomorrow.

Regards,

Mike

On Jan 12, 2011, at 1:34 PM, Root, Peter wrote:

Michael,

As discussed, here is the email that Smith sent to me yesterday evening, and my contact info below my signature line. Please let us know if UTC is willing to do a stipulation for the stay, which is procedurally easier and quicker than an unopposed motion. As I mentioned, if UTC is willing to do a stipulation, we will send you a proposed draft.

If not, please confirm that UTC will not oppose the motion to stay provided it is filed by tomorrow, as Smith has indicated in his below email. I ask you to confirm only because you are listed as counsel of record in the D. Conn. action.

Regards,
Pete

Peter E. Root, Partner
Kaye Scholer LLP *Two Palo Alto Square* Suite 400* 3000 El Camino Real* Palo Alto, CA 94306
650-319-4506 direct* 415-596-9488 cell* 650-319-4906 fax

---

**From:** Brittingham, Smith [mailto:smith.brittingham@finnegan.com]
**Sent:** Tuesday, January 11, 2011 11:05 PM
**To:** Root, Peter
**Cc:** Coyne, Patrick; Sokal, Allen; Litowitz, Rob; Burns, Robert
**Subject:** motion to stay D. Conn. action

Pete:

I received your message regarding UTC's position on your proposed motion to stay the Connecticut action. UTC will not oppose that motion provided it is filed within the appropriate statutory period for obtaining a mandatory stay. We note that the 30 day period provided for in 28 USC § 1659, by our count, ends this Thursday.

If you have any questions, please do not hesitate to call.

Regards,

Smith

1

**Smith R. Brittingham IV**
Attorney at Law
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4158 | fax 202.408.4400 | smith.brittingham@finnegan.com | www.finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

\* \* \* \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice
contained in this correspondence (including any attachments) is
not
intended or written to be used, and cannot be used for the purpose
of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to
another
party any transaction or matter addressed herein.

Michael J. Valaik
312-494-4403 (office)
630-988-3751 (mobile)
312-494-4440 (fax)

Bartlit Beck Herman Palenchar & Scott
54 West Hubbard Street, Suite 300
Chicago, Il 60654
michael.valaik@bartlit-beck.com