UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED TECHNOLOGIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civ. Action No. 3:10-cv-01523-SRU |
| | ) | |
| v. | ) | |
| | ) | |
| ROLLS-ROYCE PLC and | ) | |
| ROLLS-ROYCE GROUP PLC, | ) | |
| | ) | July 15, 2011 |
| Defendants. | ) | |
| | ) | |

## VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, having reached an agreed resolution of the matter, hereby stipulate that all claims are dismissed with prejudice, each party to bear its own costs, including attorneys' fees.

| | |
|---|---|
| **PLAINTIFF**<br>**UNITED TECHNOLOGIES**<br>**CORPORATION** | **DEFENDANTS**<br>**ROLLS-ROYCE PLC AND ROLLS-**<br>**ROYCE GROUP PLC** |
| /s/ Andrea Donovan Napp<br>Craig A. Raabe (ct04116)<br>craabe@rc.com<br>Andrea Donovan Napp (ct26637)<br>anapp@rc.com<br>ROBINSON & COLE LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Telephone: 860-275-8304<br>Facsimile: 860-275-8299<br><br>Smith R. Brittingham IV<br>Patrick J. Coyne<br>Robert L. Burns<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington D.C. 20001-4413<br>Telephone: (202) 408-4470<br>Facsimile: (202) 408-4400<br><br>Philip S. Beck<br>Jason L. Peltz<br>Chris Lind<br>Michael J. Valaik<br>Hamilton H. Hill<br>Paul J. Skiermont<br>Andrew C. MacNally<br>BARTLIT BECK HERMAN<br>    PALENCHAR & SCOTT LLP<br>54 West Hubbard St.<br>Suite 300<br>Chicago, IL 60654<br>Phone: (312) 494-4400<br>Fax: (312) 494-4440 | /s/ Jeffrey Hellman<br>Jeffrey Hellman (ct04102)<br>jhellman@zeislaw.com<br>ZEISLER & ZEISLER, P.C.<br>558 Clinton Avenue<br>Bridgeport, CT 06605<br>Telephone: (203) 368-4234<br>Facsimile: (203) 367-9678<br><br>Scott G. Lindvall<br>KAYE SCHOLER LLP<br>425 Park Ave.<br>New York, NY 10022<br>Telephone: (212) 836-8700<br>Facsimile: (212) 836-6369<br>slindvall@kayescholer.com<br><br>R. William Sigler<br>KAYE SCHOLER LLP<br>901 15th St., NW<br>Suite 100<br>Washington, DC 20005<br>Telephone: (202) 682-3500<br>Facsimile: (202) 682-3580<br>bsigler@kayescholer.com |

- 3 -

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically on July 15, 2011. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

/s/ Andrea Donovan Napp  
Andrea Donovan Napp
